WEHLE v. SPELMAN, appellant.

*Evidence — declarations of person referred to for information.*

In an action to recover for goods taken under attachments afterward set aside, the principal question litigated was the value of the goods. *Held*, that declarations made by plaintiff's brother, to whom plaintiff had referred a person inquiring about the quantity of goods in the store to obtain the information sought, were competent against plaintiff upon the question of such quantity.

APPEAL from a judgment entered upon a verdict and from an order denying a new trial. The action was brought by Louisa Douai Wehle and others, against Jesse B. Spelman and others, to recover damages for goods taken from plaintiff's store under an attachment which was afterward set aside.

*Fullerton, Knox & Crosby,* for appellants.

*Charles Wehle,* for respondent.

DAVIS, P. J.

The head-note states the only material point passed upon in the opinion.

*Judgment reversed and new trial granted.*